CSD 1160 [05/15/03]
Name, Address, Telephone No. & I.D. No.

Timothy J. Silverman, Esq. [SBN 145264]
SOLOMON, GRINDLE, SILVERMAN & WINTRINGER
12651 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone:   858.793.8500
Facsimile:    858.793.8263

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br><br>George Arvanitis<br><br>Debtor. | BANKRUPTCY NO.   10-04766-JM7 |
| JP Morgan Chase Bank, N.A.<br><br>Moving Party | RS NO.   TJS-001 |
| George Arvanitis; James L. Kennedy, Chapter 7 Trustee,<br><br>Respondent(s) | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY
☐ REAL PROPERTY    ☒ PERSONAL PROPERTY

Movant in the above-captioned matter moves this Court for an Order granting relief from the automatic stay on the grounds set forth below.

1.  A Petition under Chapter   ☒ 7   ☐ 11   ☐ 12   ☐ 13   was filed on  3/25/2010  .

2.  Procedural Status:
    a.  ☒ Name of Trustee Appointed *(if any)*: James L. Kennedy

    b.  ☐ Name of Attorney of Record for Trustee *(if any)*:

    c.  ☐ *(Optional)* Prior Filing Information:
        Debtor has previously filed a Bankruptcy Petition on:_____.
        If applicable, the prior case was dismissed on: _____.

    d.  ☐ *(If Chapter 13 case)*:  Chapter 13 Plan was confirmed on _____ or a confirmation hearing is set for  _____

    Movant alleges the following in support of its Motion:

1.  ☐ The following real property is the subject of this Motion:
    a.  Street address of the property including county and state:



    b.  Type of real property (e.g., single family residence, apartment building, commercial, industrial, condominium, unimproved):



    c.  Legal description of property is attached as Exhibit A.

CSD 1160

  d. If a chapter 11 or 13 case and if non-payment of any post-petition payment is a ground for relief, attach the accounting required by Local Bankruptcy Rule 4001-2(a)(4) as Exhibit B.

  e. *Fair market value of property as set forth in the Debtor's schedules: $_____

  f. *Nature of Debtor's interest in the property:

2. [X] The following personal property is the subject of this Motion *(describe property)*:
  2008 Mercedes-Benz S500, VIN WDBNG75J36A472870

  a. Fair market value of property as set forth in the Debtor's schedules: $ 28,610.00

  b. Nature of Debtor's interest in the property: Owner

3. *Fair market value of property according to Movant: $ 30,435.00

4. *Nature of Movant's interest in the property: Lienholder

5. *Status of Movant's loan:
  a. Balance owing on date of Order for Relief: $ 50,658.15
  b. Amount of monthly payment: $ 1,099.98
  c. Date of last payment: 2/2010
  d. If real property,
   i. Date of default:
   ii. Notice of Default recorded on:
   iii. Notice of Sale published on:
   iv. Foreclosure sale currently scheduled for:
  e. If personal property,
   i. Pre-petition default: $_____ No. of months:_____
   ii. Post-petition default: $_____ No. of months:_____

6. *(If Chapter 13 Case, state the following:)*
  a. Date of post-petition default:
  b. Amount of post-petition default: $_____

7. Encumbrances:
  a. Voluntary encumbrances on the property listed in the Schedules or otherwise known to Movant:

| Lender Name | Principal Balance | (IF KNOWN) Pre-Petition Arrearages Total Amount - # of Months | | Post-Petition Arrearages Total Amount - # of Months | |
|---|---|---|---|---|---|
| 1st: JP Morgan | $50,658.15 | | | $1429.98 | 1 |
| 2nd: | | | | | |
| 3rd: | | | | | |
| 4th: | | | | | |
| Totals for all Liens: | $ | $ | | $ | |

  b. Involuntary encumbrances of record (e.g., tax, mechanic's, judgment and other liens, lis pendens) as listed in schedules or otherwise known to Movant:
   [ ] See attached page, if necessary.

*Separately filed Declaration required by Local Bankruptcy Rule 4001-2(a)(5).
CSD 1160

8. Relief from the automatic stay should be granted because:
9.
    a.    [X] Movant's interest in the property described above is not adequately protected.

    b.    [X] Debtor has no equity in the [ ] real property [X] personal property described above and such property is not necessary to an effective reorganization.

    c.    [ ] The property is "single asset real estate", as defined in 11 U.S.C. § 101(51B), and 90 days (or _____ days as ordered by this court) have passed since entry of the order for relief in this case, and

        i.    the Debtor/Trustee has not filed a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time; and

        ii.    the Debtor/Trustee has

            (1)    [ ] not commenced monthly payments to each creditor whose claim is secured by the property (other than a claim secured by a judgment lien or by an unmatured statutory lien), or

            (2)    [ ] commenced payments, but such payments are less than an amount equal to interest at a current fair market rate on the value of each creditors' interest in the property.

    d.    [ ] *Other cause exists as follows (specify): [ ] See attached page.


When required, Movant has filed separate Declarations pursuant to Local Bankruptcy Rule 4001-2(a)(5) and (6).

Movant attaches the following:

1.    [ ] Other relevant evidence:


2.    [ ] (Optional) Memorandum of points and authorities upon which the moving party will rely.


WHEREFORE, Movant prays that this Court issue an Order granting the following:

[X] Relief as requested.

[X] Other:

That the requirements of Bankruptcy Rule 4001(a)(3), be waived


Dated: April 1, 2010

                                 /s/ Timothy J. Silverman
                                 [Attorney for] Movant


*Separately filed Declaration required by Local Bankruptcy Rule 4001-2(a)(5).
CSD 1160