CSD 1162 [08/22/03]

Name, Address, Telephone No. & I.D. No.

Order Entered on
June 10, 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Debtor.

BANKRUPTCY NO.

Moving Party

RS NO.

Respondent(s)

## ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
☐ REAL PROPERTY   ☐ PERSONAL PROPERTY

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through _____ with exhibits, if any, for a total of _____ pages, is granted. Motion Docket Entry No. _____

//

//

//

//

DATED: June 10, 2010

_Margaret M Mann_
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

_____
(Firm name)

By: _____
     Attorney for Movant

CSD 1162

ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR:                                                                  CASE NO:
                                                                         RS NO.:

The Motion of _____,

("Movant"), for relief from the automatic stay having been filed with the above-entitled court on _____, and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A OR Notice Docket Entry No._____, if filed electronically), the Motion, and accompanying Declarations having been served upon the parties named below on _____, and

☐ Debtor *(Name)*:

☐ Debtor's Attorney *(Name)*:

☐ Trustee *(Name)*:

☐ United States Trustee (in Chapter 11 & 12 cases), and

☐ Others, if any *(Name)*:

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1. ☐    The following real property:

    a.   Street address of the property including county and state:

    b.   Legal description is ☐ attached as Exhibit A or ☐ described below:

2. ☐    The following personal property as described ☐ below or ☐ in Exhibit B attached:

IT IS FURTHER ORDERED that *(Optional)*:

CSD 1162

*Signed by Judge Margaret M. Mann June 10,2010*

# EXHIBIT A

All that certain real property situated in the County of San Diego, State of California, described as follows:

A CONDOMINIUM COMPRISED OF:

INTEREST 1:

An undivided one-forty third (1/43rd) fractional interest as Tenant-in-Common in and to:

Parcel 2 of Parcel Map No. 12935, in the City of San Diego, County of San Diego, State of California, filed in the Office of the County Recorder of San Diego County, on September 30, 1983 as File No. 83-351326 of Official Records.

EXCEPTING THEREFROM the following:

All Units shown upon the Condominium Plan recorded in the Office of the County Recorder of San Diego County, California, on December 13, 1983 as File No. 83-453455 of Official Records.

ALSO EXCEPTING THEREFROM:

All minerals, oil, gas and hydrocarbon substances lying below a depth of 500 feet measured vertically from the contour of the surface of said land but excepting any right of entry in, over, through or upon that portion of said land lying within 500 feet of the surface thereof.

INTEREST 2:

Unit No. L 7, as shown upon the Condominium Plan referred to above.

INTEREST 3:

The exclusive right to use, possession and occupancy of those portions of Parcel 2 described in Interest 1 above, designated as PA-7, BA-NONE, P-NONE, S-NONE and G-142 and 143 on the Condominium Plan referred to above, which right is appurtenant to Interest 1 and 2 above described.

INTEREST 4:

A non-exclusive easement for ingress and egress over the Common Area of Lot 1 of Pines of La Jolla, Map No. 9224, and Parcel 1 of Parcel Map No. 12935 in the City of San Diego, County of San Diego, State of California, on September 30, 1983 as File No. 1983-351326 of Official Records, which easement is appurtenant to Interests 1, 2 and 3 described above. This easement shall become effective upon recordation of this Deed and of a Declaration of Annexation declaring Parcel 1 of Parcel Map No. 12935 to be subject to the Declaration recorded October 3, 1979 as File No. 79-413198 of Official Records or a separate Declaration which requires the owners of Parcel 1 to be members of the Association, all as more fully set forth in the Declaration.

*Signed by Judge Margaret M. Mann June 10,2010*